IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 03-758 |
| JAMES CHAMBLISS | : | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 20TH day of October, 2005, came the attorney for the Government and the defendant being present with counsel, and

[ ] The Court having granted the defendant's motion for judgment of acquittal as to:

[ ] A jury has been waived, and the Court has found the defendant not guilty as to:

**[X]** The jury has returned its verdict, finding the defendant not guilty as to**: Count 1**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:
/s/ CYNTHIA M. RUFE, J
CYNTHIA M. RUFE, J

cc: U.S. Marshal (2) certified
Probation Office (2)certified
Counsel certified
Pretrial (1) certified

October 20,2005 — Date
EDP — By Whom

Cr 1 (8/80)