**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTR12T OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL No. 03-758** |
| **v.** | : | |
| | : | |
| **JAMES CHAMBLISS** | : | |
| | : | |

**ORDER**

______**AND NOW**, this 20th day of October 2005, upon consideration of the Government's Motion In Limine to Admit Evidence Under Federal Rule of Evidence 609 [Document #65], it is hereby **ORDERED** that the Government's motion is DISMISSED as MOOT.

It is so **ORDERED**.

**BY THE COURT**:

______________________________
**Cynthia M. Rufe, J.**