**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **V.** | : | **NO. 03-758** |
| | : | |
| **JAMES CHAMBLISS** | : | |

**ORDER**

**AND NOW,** this 21st day of October, 2005, **IT IS ORDERED** that the Clerk o Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch on October 20, 2005, for 12 jurors and 1 alternate engaged in the above entitled case.

**BY THE COURT:**

ATTEST: ______________________________
Velma T. White, Deputy Clerk to the
Hon. Cynthia M. Rufe

cc: Fiscal Section (2)